

In re FUSION–IO, INC., Petitioner.

Misc. No. 146.

United States Court of Appeals,
Federal Circuit.

March 27, 2013.

Michael Hawes, Attorney, Baker Botts, LLP, Houston, TX, David Schlitz, Baker Botts, LLP, Washington, DC, for Petitioner.

David Sochia, Esq., Attorney, McKool Smith, P.C., Dallas, TX, for Solid State Storage Solutions, Inc.

## ON PETITION

## ORDER

Upon consideration of Fusion-io, Inc.'s motion to withdraw its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted.

DISTRIBUTED SOLUTIONS,
INC., Plaintiff–Appellant

v.

UNITED STATES, Defendant–Appellee

and

Compusearch Software Systems,
Inc., Defendant–Appellee.

No. 2012–5129.

United States Court of Appeals,
Federal Circuit.

March 28, 2013.

Thomas A. Coulter, LeClairRyan, a Professional Corporation, of Richmond, Virginia, argued for plaintiff-appellant.

Daniel G. Kim, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Kenneth M. Dintzer, Assistant Director. Of counsel on the brief were David R. Koeppel, Dennis Adelson and Colin W. O'Sullivan, Attorneys, Office of the Solicitor, United States Department of Labor, of Washington, DC.

David S. Cohen, Cohen Mohr LLP, of Washington, DC, argued for defendant-appellee, Compusearch Software Systems, Inc. Of counsel were Gabriel Edward Kennon and John J. O'Brien.

NEWMAN, PLAGER, and PROST, Circuit Judges.